**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JASON LEOPOLD,<br><br>             *Plaintiff*,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>             *Defendant*. | No. 15-cv-2204-EGS |

## JOINT STATUS REPORT

The parties provide this joint status report pursuant to the Court's February 12, 2016 Scheduling Order (ECF No. 7).  On June 30, 2016, Defendant produced to Plaintiff responsive, non-exempt records in response to Plaintiff's FOIA request F-2015-2104.[1]  Some responsive documents, however, will require additional time to process.  On June 27, 2016, Defendant filed an unopposed motion for a partial extension of time until October 10, 2016 to produce these outstanding documents (ECF No. 12).  On June 29, 2016, the Court entered a Minute Order granting Defendant's motion.

Defendant is also continuing to process Plaintiff's two remaining FOIA requests with the aim of producing any responsive, non-exempt records in response to Plaintiff's FOIA request F-2015-1333 by August 31, 2016.  Pursuant to the Court's Scheduling Order, the parties will file a subsequent status report with the Court on September 23, 2016.

---

[1] Request F-2015-2104 sought the 29 Inspector General investigations referenced in the CIA's August 1, 2014 "Note to Readers of *The Central Intelligence Agency's Response to the Senate Select Committee on Intelligence's Study of the CIA's Detention and Interrogation Program*."

Dated: July 29, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS (DC Bar No. 985055)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 6130
Washington, D.C.  20530
Tel: (202) 616-8298 | Fax: (202) 616-8460
Email: Kathryn.C.Davis@usdoj.gov

*Attorneys for Defendant*


    /s/ Jeffrey Light
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*