Case 1:15-cv-02204-EGS   Document 22   Filed 04/10/17   Page 1 of 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *Plaintiff*, v. CENTRAL INTELLIGENCE AGENCY, *Defendant*. | No. 15-cv-2204-EGS |

## JOINT STATUS REPORT

The parties provide this joint status report pursuant to the Court's February 12, 2016 Scheduling Order (ECF No. 7). Defendant has now finished processing four of Plaintiff's five FOIA requests. Defendant continues to process Plaintiff's remaining FOIA request, F-2015-0474. In accordance with the Court's Minute Order of April 5, 2017, Defendant will produce any and all responsive, non-exempt records in response to FOIA request F-2015-0474 by June 30, 2017 and will complete two interim productions to Plaintiff on April 28, 2017 and May 26, 2017. Pursuant to the Court's Scheduling Order, the parties will file a subsequent status report with the Court on June 9, 2017.

Dated: April 10, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

        */s/ Adam C. Siple*
ADAM C. SIPLE (NY Bar No. 4387296)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 6112
Washington, D.C.  20530
Tel: (202) 305-7664 | Fax: (202) 616-8460
Email: Adam.C.Siple@usdoj.gov

*Attorneys for Defendant*


   /s/ Jeffrey Light
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*